1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    COREY D. SPECK,

11            Plaintiff,                    No. 2:09-cv-3440 TLN EFB P

12        vs.

13    SHASTA COUNTY SHERIFF
      DEPARTMENT, et al.,
14
              Defendants.                   FINDINGS AND RECOMMENDATIONS
15    _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17    U.S.C. § 1983.  On April 1, 2013, defendants Kropholler and McQuillan filed a motion to

18    dismiss for failure to state a claim upon which relief may be granted.  *See* Fed. R. Civ. P.

19    12(b)(6).  Plaintiff has not filed an opposition or a statement of no opposition to the motion.  On

20    April 29, 2013, the court gave plaintiff twenty-one days to file an opposition or statement of non-

21    opposition and warned him that failure to do so could result in a recommendation that this action

22    be dismissed.  *See* Fed. R. Civ. P. 41(b).  The time for acting has passed and plaintiff has not

23    filed an opposition, a statement of no opposition, or otherwise responded to the court's order.

24        Plaintiff has been warned that he must file a response to defendants' motion.  Plaintiff

25    has disobeyed this court's orders and failed to prosecute this action.  It appears that plaintiff has

26    abandoned the case.  The appropriate action is dismissal without prejudice.

1

1        Accordingly, it is hereby RECOMMENDED that this action be dismissed without

2  prejudice.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110, 183(b).

3        These findings and recommendations are submitted to the United States District Judge

4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5  after being served with these findings and recommendations, any party may file written

6  objections with the court and serve a copy on all parties.  Such a document should be captioned

7  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

8  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

9  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10  Dated:  May 21, 2013.

11

12                                EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26