UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY SPECK,<br><br>            Plaintiff,<br><br>    v.<br><br>SHASTA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>            Defendants. | No. 2:09-cv-3440-TLN-EFB P<br><br><br><br>ORDER |

       Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On February 11, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 11, 2014, are adopted in full;

2. This action shall proceed solely on the Fourth claim for relief; and

3. The matter is remanded to the magistrate judge for screening of plaintiff's March 12, 2014 second amended complaint.

So ordered.

Dated: April 1, 2014

_____
Troy L. Nunley
United States District Judge